v.

The STATE of Texas, Appellee.

No. 28497.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

Cleo MOSLEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28463.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Misdemeanor theft is the offense, with punishment assessed at 90 days in jail and a fine of $100.

The record before us contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.